UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Shelley Machala,

                    Debtor.

Case No. 13-40273-SWR
Chapter 07
Hon. Steven W. Rhodes

Jack Berman & Associates, 23650 Woodward Ave., #201, Pleasant Ridge, MI 48069 Phone (248) 548-6000 Fax (248) 548-6005

## NOTICE OF APPLICATION TO EXTEND TIME FOR THE FILING OF REAFFIRMATION AGREEMENT

Debtor, Shelley Machala, has filed papers with the Court to request permission to extend the time for filing a Reaffirmation Agreement.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to extend the time for the filing of a Reaffirmation Agreement, or if you want the court to consider your views on the Application, within Twenty-One (21) Days, you or your attorney must:

1.      File with the court a written response or an answer, explaining your position at:

United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

JACK BERMAN (P-10737)                 GENE KOHUT
Attorney for Debtor                         Chapter 7 Trustee
23650 Woodward Ave., #201            21 Kercheval, Suite 285
Pleasant Ridge, MI 48069               Grosse Pointe Farms, MI 48236
248/548-6000                                 (313) 886-9765
jackberman72@gmail.com               ecftrustee@gktrustee.com

2.      If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: April 15, 2013

JACK BERMAN (P-10737)
Attorney for Debtor
23650 Woodward Ave., #201
Pleasant Ridge, MI 48069
(248) 548-6000
jackberman72@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Shelley Machala,

Debtor.

Case No. 13-40273-SWR
Chapter 07
Hon. Steven W. Rhodes

## APPLICATION TO EXTEND THE TIME FOR THE FILING OF A REAFFIRMATION AGREEMENT

NOW COMES Shelley Machala, Debtor herein, by and through her attorneys, JACK BERMAN & ASSOCIATES, P.C., and by way of Application to Extend Time for the Filing of a Reaffirmation Agreement, respectfully says as follows:

1. That Debtor filed for relief under Chapter 7 on January 7, 2013.

2. That among other debts listed in this case was a first mortgage with Chase regarding the home at 27811 Cosgrove Drive, Warren, MI 48092 which is occupied by the Debtor.

3. That the Statement of Intentions reflected a desire to reaffirm this debt and Chase, and its attorney, were contacted on several occasions beginning January 15, 2013. (See attached Exhibit "B")

4. That the undersigned has still not been presented with a Reaffirmation Agreement by Chase, or its attorney, and the deadline to file Reaffirmation Agreements in the above matter is April 16, 2013.

6. That it is in the best interest of the Debtor that a Reaffirmation Agreement be properly filed with the Court as she is fearful her ability to negotiate a loan modification will be compromised if a Reaffirmation Agreement is not filed with the Court.

7. That the preparation and filing of the Reaffirmation Agreement is not within the control of Debtor or attorney for Debtor as there are signature lines which must be signed by the Creditor.

Jack Berman & Associates, 23650 Woodward Ave., #201, Pleasant Ridge, MI 48069 Phone (248) 548-6000 Fax (248) 548-6005

8. That pursuant to Local Bankruptcy Rule 9014-1(b)(4) attached is a copy of the proposed Order labeled as Exhibit "A".

WHEREFORE, it is prayed that this Honorable Court extend the deadline for the filing of a Reaffirmation Agreement and grant Debtor such other and further relief as this Court determines to be just and equitable.

Dated: 4-15-13

JACK BERMAN (P-10737)
Attorney for Debtor
23650 Woodward Ave., #201
Pleasant Ridge, MI 48069
(248) 548-6000
jackberman72@gmail.com

Jack Berman & Associates, 23650 Woodward Ave., #201, Pleasant Ridge, MI 48069 Phone (248) 548-6000 Fax (248) 548-6005

"A"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Shelley Machala,

Debtor.

Case No.  13-40273-SWR
Chapter 07
Hon.  Steven W. Rhodes

### ORDER EXTENDING TIME FOR THE FILING OF A REAFFIRMATION AGREEMENT

Upon the reading and filing of Debtor's Application to EXTEND TIME FOR THE FILING OF A REAFFIRMATION AGREEMENT which was presented to this Court pursuant to L.B.R. 9014-1, and no objections having been filed to the said Petition and a Certificate of No Response having been filed with this Court;

IT IS HEREBY ORDERED that the time for filing a Reaffirmation Agreement in the above matter shall be, and hereby is, extended from April 16, 2013 to May 31, 2013.

Jack Berman & Associates, 23650 Woodward Ave., #201, Pleasant Ridge, MI 48069 Phone (248) 548-6000 Fax (248) 548-6005

"B"

# JACK BERMAN & ASSOCIATES, P.C.

## ATTORNEYS AND COUNSELORS AT LAW
### 23650 WOODWARD AVENUE, SUITE 201
### PLEASANT RIDGE, MI 48069
### (248) 548-6000 (PHONE)
### (248) 548-6005 (FAX)
### JACKBERMANATTY@SBCGLOBAL.NET

ALL MAIL SHOULD BE DIRECTED TO
THE PLEASANT RIDGE OFFICE

BRANCH — INTAKE OFFICE
SCHEDULED APPOINTMENTS ONLY

**JACK BERMAN**

15427-A MIDDLEBELT RD.
CAMBRIDGE BLDG., 2ND FL.
LIVONIA, MI 48154
(734) 367-0600

*2nd Request*

*1 800 848 9136*

*Feb 24-2 By mail*

## FACSIMILE COVER SHEET

TO: CHASE / BANKRUPTCY DEPARTMENT

FROM: JACK BERMAN & ASSOCIATES, P.C. / JENNY

MATTER: SHELLEY MACHALA / ACCOUNT NO. 0632333498
27811 COSGROVER DR., WARREN, MI 48092

DATE: JANUARY 15, 2013 *✓ 2-19-13*

# OF PAGES: 02 (including this cover)

Original Documents Will ___ Will Not __XXX__ Follow by Mail.

**If you do not receive all the pages, please call Jennifer at 248-548-6000**

MESSAGE:

This communication is being written to advise you that it is my client's intent to reaffirm her mortgage with your company. It is my understanding that the account is current and up to date. Please present to me, **at the above address, email or fax number**, a proposed Reaffirmation Agreement for my client's review and signature.

I am thanking you in advance for your anticipated courtesy and cooperation. If you should have any questions, or concerns, please feel free to communicate with me.

*******************************************************************************************************

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the above address via the U.S. Mail. We will reimburse you for postage. Thank you.

*******************************************************************************************************

DESTINATION FAX NUMBER:  (614) 422-7575

*866-520-6447*

JACK **B**ERMAN & ASSOCIATES, P.C.

ATTORNEYS AND COUNSELORS AT LAW
23650 WOODWARD AVENUE, SUITE 201
PLEASANT RIDGE, MI 48069
(248) 548-6000 (PHONE)
(248) 548-6005 (FAX)
JACKBERMAN72@GMAIL.COM

JACK BERMAN

ALL MAIL SHOULD BE DIRECTED TO
THE PLEASANT RIDGE OFFICE

BRANCH — INTAKE OFFICE
SCHEDULED APPOINTMENTS ONLY

15427-A MIDDLEBELT RD.
CAMBRIDGE BLDG., 2ND FL.
LIVONIA, MI 48154
(734) 367-0600

February 26, 2013

Chase Manhattan Mortgage Corp.
Attn: Bankruptcy Dept.
P.O. Box 24696
Columbus OH 43224


   Re:    Shelley Machala, 27811 Cosgrove Drive, Warren, MI 48092
           Chapter 7 #13-40273-SWR
           Loan No.  0632333489


Dear Sir/Madam:

      This letter is being written as I have made 3 requests for a Reaffirmation Agreement regarding the above captioned matter. Two fax requests and an attempted phone request on February 26, 2013 where after being on hold for 7 minutes was told by a computer that my call could not be processed and was disconnected.

      This is my fourth request. Once again, it is my client's intent to reaffirm her mortgage with your company. It is my understanding that the account is current and up to date. Please present to me, **at the above address, email or fax number**, a proposed Reaffirmation Agreement for my client's review and signature.

      I am thanking you in advance for your anticipated courtesy and cooperation. If you should have any questions, or concerns, please feel free to communicate with me.

               Best regards,



               JACK BERMAN

JB/jlm
Encl.



## Re: Fwd: Shelley Machala / Chapter 7 #13-40273

**Chastity Mattson** <carms@fabriziobrook.com>
To: Jack Berman <jackberman72@gmail.com>

Good morning Mr. Berman.

 We have not yet obtained approval of the document from our client. I have escalated this to my client and will provide you with any update I receive.

Fri, Apr 12, 2013 at 9:17 AM

Thank you,

Chastity Mattson
Bankruptcy Specialist
FABRIZIO & BROOK, P.C.
Main: (248) 362-2600 ext. 241
Fax: (248) 789-9900
Direct: (248) 519-4115

FABRIZIO & BROOK, P.C. IS THE CREDITOR'S ATTORNEY AND IS ATTEMPTING TO COLLECT A DEBT ON ITS BEHALF.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
IMPORTANT: PRIVATE COMMUNICATION TO DESIGNATED RECIPIENT ONLY
This message is intended only for the use of the individual to whom it is addressed, and contains information that
is privileged,
confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the
employee or agent
responsible for delivering this message to the intended recipient, you are hereby notified that any unauthorized
disclosure,
dissemination, distribution or copying of this communication is strictly prohibited. If you have received this
communication in error,
please notify us and return the original message to us at the above address by reply to the sender.

On 4/10/13 12:08 PM, Jack Berman wrote:

 Any word from your client? We are running out of time to get this done.

Jack Berman
Jack Berman & Associates, P.C.
23650 Woodward Avenue, #201
Pleasant Ridge, MI 48069
(248) 548-6000 (phone)
(248) 548-6005 (fax)

On Mon, Apr 1, 2013 at 2:42 PM, Chastity Mattson <carms@fabriziobrook.com> wrote:
Good afternoon Mr. Berman.

 We are currently awaiting approval of the reaffirmation agreement from our client. Upon their approval, I will email the doc to your office for signatures.

Thank you,

Chastity Mattson
Bankruptcy Specialist
FABRIZIO & BROOK, P.C.
Main: (248) 362-2600 ext. 241
Fax: (248) 789-9900
Direct: (248) 519-4115

FABRIZIO & BROOK, P.C. IS THE CREDITOR'S ATTORNEY AND IS ATTEMPTING TO COLLECT A DEBT ON ITS BEHALF.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
IMPORTANT: PRIVATE COMMUNICATION TO DESIGNATED RECIPIENT ONLY
This message is intended only for the use of the individual to whom it is addressed, and contains information that
is privileged,
confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the
employee or agent
responsible for delivering this message to the intended recipient, you are hereby notified that any unauthorized
disclosure,
dissemination, distribution or copying of this communication is strictly prohibited. If you have received this
communication in error,
please notify us and return the original message to us at the above address by reply to the sender.

On 4/1/13 11:48 AM, Jack Berman wrote:

We have still not received a proposed Reaff in the above matter. Once again, the deadline to file reaffs in this matter is April 15, 2013.

Jack Berman
Jack Berman & Associates, P.C.
23650 Woodward Avenue, #201
Pleasant Ridge, MI 48069
(248) 548-6000 (phone)
(248) 548-6005 (fax)

s://mail.google.com/mail/u/0/?ui=2&ik=c781f9e6cf&view=pt&search...



(248) 548-6005 (fax)

On Tue, Mar 19, 2013 at 10:18 AM, Chastity Mattson <camms@fabriziobrook.com> wrote:



Good morning Mr. Berman.

Our firm has drafted the Reaffirmation Agreement and we are awaiting approval of the document from our client. As soon as we obtain approval we will submit the agreement to you.

Thank you,

Chastity Mattson
Bankruptcy Specialist
FABRIZIO & BROOK, P.C.
Main: (248) 362-2600 ext. 141
Fax: (248) 362-8602
Direct: (248) 519-8116

FABRIZIO & BROOK, P.C. IS THE CREDITOR'S ATTORNEY AND IS ATTEMPTING TO COLLECT A DEBT ON ITS BEHALF.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IMPORTANT: PRIVATE COMMUNICATION TO DESIGNATED RECIPIENT ONLY
This message is intended only for the use of the individual to whom it is addressed, and contains information that is privileged,
confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent
responsible for delivering this message to the intended recipient, you are hereby notified that any unauthorized disclosure,
dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error,
please notify us and return the original message to us at the above address by reply to the sender.


Begin forwarded message:

**From:** Jack Berman <jackberman72@gmail.com>
**Date:** March 19, 2013 10:13:43 AM EDT
**To:** rosemarie@fabriziobrook.com
**Subject: Shelley Machala / Chapter 7 #13-40273**

Ms. Brook,

I note you filed an appearance in behalf of Chase in the above matter on March 18, 2013. Please be advised that we have been trying to obtain a mortgage reaffirmation agreement from them since January 15, 2013 without success.

Could you please provide us with a Reaffirmation Agreement for our clients review and signature. The deadline to file Reaffirmations in her case is April 15, 2013.

I am thanking you in advance for your anticipated courtesy and cooperation.

Jack Berman
Jack Berman & Associates, P.C.
23650 Woodward Avenue, #201
Pleasant Ridge, MI 48069
(248) 548-6000 (phone)
(248) 548-6005 (fax)

**13-40273-swr   Doc 25   Filed 04/15/13   Entered 04/15/13 12:16:30   Page 8 of 8**